**FILED**

June 01, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____NM_____

DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

MIGUEL ANGEL VILLA SOLIS,　　　§
　　　　　　　　　　　　　　　　§
　　　　　　　Petitioner,　　　　§
　　　　　　　　　　　　　　　　§
v.　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　§　　NO. SA-26-CV-00213-OLG
ROSE THOMPSON, Karnes County　　§
Immigration Processing Center Facility §
Warden, *et al.*,　　　　　　　　§
　　　　　　　　　　　　　　　　§
　　　　　　　Respondents.　　　　§

## ORDER

Before the Court is Petitioner Miguel Angel Villa Solis's Motion to Amend under Rule 59(e), in which he asserts that the Court committed a manifest error of law in dismissing his habeas petition without prejudice for lack of jurisdiction (*see* Dkt. No. 3). The Motion (Dkt. No. 4) is **DENIED**. *See Villa Solis v. Lyons*, No. 26-CV-2836-OLG, Dkt. No. 8 at 4 & n.3 (W.D. Tex. June 1, 2026) (explaining that § 1226(e) does not permit judicial review of an IJ's bond determination and explanation therefor, and, in any event, Petitioner's challenge to the sufficiency of IJ's stated basis for bond denial was not supported by the record).

It is so **ORDERED**.

**SIGNED** on June _____, 2026.

_____
ORLANDO L. GARCIA
United States District Judge